UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Cody Clamp**                    **Docket No. 7:10-CR-122-2FL**

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Cody Clamp, who, upon an earlier plea of guilty to Arson and Aiding and Abetting, in violation of 18 U.S.C. §§ 844(i) and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 2, 2011, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Michael Cody Clamp was released from custody on August 21, 2014, at which time the term of supervised release commenced.

On April 27, 2016, Clamp was reported to the court after testing positive for marijuana. The court continued supervision and Clamp was enrolled in outpatient substance abuse treatment and testing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

While on supervision Clamp has resided with his mother in Columbus County, NC, but struggled with employment and residential instability. He relocated to the District of South Carolina to work, and while there he was charged with Driving While License Revoked after driving in Green County Georgia. The charge remains pending trial and Clamp is not allowed to drive until his license is reinstated. Furthermore, on July 19, 2016, Clamp submitted a urine test which was returned positive for cocaine. He denied using cocaine, but acknowledged the validity of the test result. As such, our office recommends that supervision be continued, but modified to require the defendant to serve two weekends in jail. Once he completes this sanction, he is planning to relocate back to South Carolina and reside with his grandmother and secure employment in the area, thus giving him more stability and a chance to succeed on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 weekends as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2046
Executed On: August 15, 2016

## ORDER OF THE COURT

Considered and ordered this ____16th____ day of ____August_____, 2016, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge